This case is dismissed with prejudice, each party to assume their own costs, subject to a settlement agreement reached between the parties.  The Court will retain jurisdiction over this matter for the purpose of enforcing the settlement agreement.

IT IS SO ORDERED.
/s Kenneth S. McHargh
U.S. Magistrate Judge
6/10/10

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS WARNER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:10-cv-00170-JG |
| WELTMAN, WEINBERG & REIS Co., L.P.A., | ) **STIPULATION OF DISMISSAL** |
| Defendant. | ) |

Now come the Plaintiff, NICHOLAS WARNER, and the Defendant, WELTMAN, WEINBERG & REIS Co., L.P.A., and hereby advise the Court that they have stipulated that this matter shall be dismissed with prejudice, each party to assume their own costs, subject to a settlement agreement reached between the parties.  The parties request that the Court retain jurisdiction over this matter solely for the purpose of enforcing the settlement agreement should either party fail to perform its obligations thereunder.

| | |
|---|---|
| /s/ David B. Levin | /s/ Danielle Pecenka Cullen |
| David B. Levin (0059340) | Ms. Danielle Pecenka Cullen |
| Attorney for Plaintiff | Attorney for Defendant |
| Luxenburg & Levin, LLC | Weltman, Weinberg & Reis Co., L.P.A. |
| 23240 Chagrin Blvd. | 323 W. Lakeside |
| Suite 601 | Suite 200 |
| Beachwood, OH 44122 | Cleveland, OH 44113 |
| (888) 595-9111, ext. 711 | (216) 685-1104 |
| (866) 382-0092  facsimile | (216) 685-4345 facsimile |
| dlevin@attorneysforconsumers.com | dpecenkacullen@weltman.com |